ADR/DJM
F. #2021R00699

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

NELSON OJERIAKHI,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

23-CR-188 (PKC)

   Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Reich, for an order unsealing the above-captioned matter in its entirety.

   WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
    June 12, 2024

                s/Peggy Kuo
                _____
                HONORABLE PEGGY KUO
                UNITED STATES MAGISTRATE JUDGE
                EASTERN DISTRICT OF NEW YORK