

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADR/DJM
F. #2021R00699

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2024

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Nelson Ojeriakhi
              Criminal Docket No. 23-188 (PKC)

Dear Judge Kuo:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney

              By:      /s/
                            Andrew D. Reich
                            Assistant U.S. Attorney
                            (718) 254-6452

Enclosure

cc:    Clerk of Court (by ECF)