# EXHIBIT A

The Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

February 20, 2026

## Letter of Support for Nelson Ojeriakhi

Your Honor,

As Nelson Ojeriakhi's sister, I write to respectfully share my perspective on his character in the hope that it may be taken into account in the Court's sentencing decision.

I fully acknowledge the seriousness of the charges against Nelson and the consequences of the choices he made. He deeply regrets his actions and is committed to never repeating them. I respectfully express my support for him and ask the Court to consider his character in its entirety.

Growing up with Nelson, I have known him to be consistently kind, caring, and deeply supportive to me, our family, and everyone around him. He has played a significant role in many aspects of my personal development, particularly in encouraging my growth and career progression.

There were periods in my career when I felt discouraged and considered giving up, believing that I was not making meaningful progress. During those times, my elder brother was a constant source of support and guidance. He listened patiently, helped me reflect on my goals, and encouraged me to remain disciplined and focused despite setbacks. His advice was both thoughtful and practical, and it gave me the confidence to continue moving forward.

These experiences show his patience, genuine care for others, and his willingness to invest time and effort in helping those around him succeed. Since his absence, I have missed being able to discuss challenges and seek his counsel in person, which had always been a source of reassurance and clarity for me.

I respectfully hope that, through my account of my personal experiences with Nelson and the sincere remorse he has shown, the Court may see another side of him beyond the circumstances of this case and take this into consideration when determining his sentence.

Thank you for your time and consideration of my statement.

Respectfully,

Gloria Ojeriakhi

The Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

February 22, 2026

**Testimonial for Nelson Ojeriakhi**

Your Honor,

We are the parents of Ojeriakhi Nelson, and we respectfully write to provide insight into Nelson's character and to appeal for leniency in his sentencing.

We recognize the weight and implications of the charges levied against our son and make no attempt to justify them. However, we stand by him, not because we disregard his wrongdoing, but because we believe in his remorse and his desire to change. We respectfully ask the Court to consider his character as a whole.

Nelson has consistently shown compassion and responsibility toward his family. His absence has left a significant void in our lives, especially as we grow older and face more frequent health challenges. Prior to his arrest, he had always attended to our medical needs by accompanying us to hospital appointments, ensuring we take our medications, and making sure we are properly cared for. I remember when I, his father, underwent a major eye surgery, Nelson remained by my side, spending nights at the hospital, assisting with daily care, and providing constant reassurance and support.

His presence is deeply missed not only by us, his parents, but also by his siblings, his wife, and his young son. We all rely on him emotionally and practically.

We respectfully ask that the Court consider the character, responsibility, and compassion Nelson has shown throughout his life, as well as his genuine regret for his actions. We hope the Court will consider a merciful sentence that allows our son to return to his family.

As his parents, we remain fully committed to holding him accountable and to guiding and supporting him to ensure he continues on a positive and lawful path.

Thank you for taking the time to read this and for your consideration.

Respectfully,

Mr Samuel Ojeriakhi

Mrs Margaret Ojeriakhi

The Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

February 27, 2026

**Character Reference for Nelson Ojeriakhi**

Your Honor,

I am Nelson Ojeriakhi's brother and I write to speak to Nelson's character as the Court considers his sentencing.

I understand the gravity of the charges that have brought my brother before this Court and make no excuses. He is deeply regretful, has reflected carefully on the impact of his actions, and is determined to learn from this experience. I stand by him and respectfully ask that the Court consider the full picture of his character in sentencing.

It is in Nelson's nature to be helpful and caring toward everyone around him. I have turned to him on countless occasions during challenges, and he has always been available to offer support and guidance.

One of such occasions was while I was still in university and had a carryover, meaning I had failed a course and needed to retake it the next year. It was the first time this had happened to me, and I felt discouraged and unsure how to move forward. I spoke to my brother about it, and he guided me patiently, reassuring me that failing a course did not mean I could not succeed. He also helped me prepare more effectively for the next attempt. Through his consistent support, I was better prepared and ultimately passed the course.

This experience shows the kind of person my brother is; patient, reliable, and genuinely invested in the well-being of others. He does not turn away when someone is struggling, but instead offers guidance and encouragement. This is how he has consistently shown up in my life and in the lives of those around him. His absence has been deeply felt.

I respectfully hope the Court will weigh his positive qualities together with the circumstances of this case, in determining his sentence.

Thank you for your time and consideration.

Respectfully,

Wilson Ojeriakhi

The Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

February 25, 2026

**Statement in Support of Nelson Ojeriakhi**

Your Honor,

I respectfully submit this statement as Nelson Ojeriakhi's wife to attest to his character for the Court's consideration in his sentencing.

I am aware of the severity of the charges filed against Nelson and make no attempt to defend his actions. He has accepted responsibility and genuinely regrets his choices. This experience has deeply affected him and has led to significant growth. He has learnt from his mistakes and will live with greater accountability in all areas of his life moving forward. I remain supportive of him and respectfully hope that the Court considers the totality of his character in determining his sentence.

Nelson is a kind and supportive person, not only to me and to our family, but also to people he has no obligation to help. I first met Nelson while we were both volunteering with a non-governmental organization that supported families in underserved communities. At the time, we did not know each other personally, but his actions stood out to me. He approached the outreach work with genuine passion and took responsibility beyond what was required of him. He was actively involved in all aspects of the initiative, ensuring its success rather than seeking recognition.

His willingness to go the extra mile for people he barely knew was admirable. He treated everyone with dignity and respect, regardless of their circumstances. Watching him serve others so selflessly made a lasting impression on me.
As we grew closer and eventually started a family together, those qualities never changed. This is the person he truly is at heart. Nelson is a committed husband and a devoted father to our three-year-old son. We miss him dearly, and look forward to him being physically present in our lives again.

I respectfully ask that the Court consider leniency in sentencing, allowing him the opportunity to continue his personal growth, guide our young child, and contribute positively to his family and society.

Thank you for taking the time to consider this statement.

Respectfully,

Busayo Sanni

Brooklyn, NY 11201

Character Reference For Nelson Ojeriakhi

Your Honor,

The intended purpose of this brief letter is to inform the court of the tremendous changes I along with our fellow brothers in Christ Have seen in our brother Mr. Nelson Ojeriakhi our Lord Has used Him to guide us to the path of salvation through faith and prayers. Our brothers is what we all consider a role model for all to follow.

On numerous occassions while preaching he has expressed His regret and repentance for His past mistakes and exorts us all to do the same. Every time there's a new admit our brother advises them to Seek the Lord and turn away from our old ways.

Our brother, Nelson Ojeriakhi is an exceptional individual and has displayed this quality in every aspect of his life showing he is indeed a Changed man.

As such we would Like to Humbly request that Our brother in Christ Mr. Nelson Ojeriaki be given the opportunity to reunite with His family and Continue with the new path Our Lord Has set Him on in order to import the Lord's divine teachings.

[signature]

Ministerio Fe en Cristo jesus

Asistencia

| | | |
|---|---|---|
| 1 | JAmil Abreu Navarro | 12014-509 |
| 2 | Midence Martinez turcios | 10517 506 |
| 3 | Walter alfaro | 18048579 |
| 4 | Darrin Roker | 48731511 |
| 5 | Yann Anacona | 00558-506 |
| 6 | Jaime Ibarra | 61537-298 |
| 7 | Cesar Valencia | 03163511 |
| 8 | Josue torres | 73050054 |
| 9 | Michail Chichikvishvili | 00121-506 |
| 10 | Artem Struzhak | 00113-506 |
| 11 | Kevin Gil acosta | 01580 512 |
| 12 | Bryan Machado | 98338511 |
| 13 | Henry Regan | |
| 14 | Marco Vidal Mendez | 56734-208 |
| 15 | Dellon King | 91545 03 |
| 16 | Jamell Welch | 93668079 |
| 17 | Herberth Rodriguez | 15-74-55-09 |
| 18 | David Lore | 03960-511 |
| 19 | Ferdinando Quiñonez | 08926511 |
| 20 | Geoge papaiannou | 83575 509 |
| 21 | Nelson Ojeriakhi | 0034-5506 |
| 22 | Kellen Jaspe ~~Kellen~~ | 74987-511 |
| 23 | CARLOS ORENSE | 91458054 |
| 24 | JULIO PARRA | 21522 085 |
| 25 | ALVAREZ WILSON | 55829054 |
| 26 | HENRRY PAUL REGAN | |

Por