# EXHIBIT B

Your Honor,

Thank you for allowing me to write to the Court.

I write this letter today accepting full responsibility for my actions. What I did was wrong. I do not minimize it, and I offer no excuses. I understand that my choices had a real impact, and I am sincerely sorry.

Since my arrest in April 2023, I have lived with the consequences of those choices each day. Time in custody has required me to confront who I was, how I made decisions, and the damage that followed. The reflection has been difficult, but necessary.

I think often about the people I harmed. Not as names on a document, but as human beings who were in the middle of something important in their lives when I intervened and took something from them that I had no right to take. Some of them were buying homes. Some of them had saved for years, decades, to have the money I stole. I knew that, in some general way, when I was doing what I was doing... and I did it anyway. I cannot explain that in a way that would satisfy anyone, including myself. What I can say is that I am sorry, genuinely and without reservation, and that I understand sorry is not enough. I will spend years paying back what I took, and I will do so not because a court has ordered me to, but because those people are owed it: every dollar, and more than every dollar, because there are things I took for them that no restitution schedule can ever repay. I am not asking for forgiveness from my victims. I am asking only that they know I see them, I understand what I did to them, and I will spend the rest of my life making it right in every way

That remains available to me.

The Separation from my wife, my boy, my siblings and my parents has been one of the most difficult parts of the experience. I am really big on on Family. Being away from them has shown me what matters and what is at stake. it has Strengthened my resolve to live responsibly and to earn back trust through Consistent, lawful actions rather than words.

While incarcerated, I have used this time purposefully. I have reflected, learned and taken responsibility for changing how I think and act. I now understand that choosing shortcuts and Ignoring Consequences ultimately Carries a cost, both to others and to oneself.

I write this letter today changed by this experience. I am Committed to living within the law, working honestly and being a responsible presence for my family and within my Community. I understand that rebuilding trust takes time and I am prepared to do that work.

Your Honor, I humbly ask for mercy and for a Sentence that allows me to return to my family, work honestly, and rebuild my life the right way.

Thank you, Your Honor for your time and Consideration.

[signature]

Ojeriakhi Nelson
April 22, 2026